JOSEPH P. RUSSONIELLO
United States Attorney
450 Golden Gate Ave (11th Floor)
San Francisco, CA 94102
Telephone: (415) 436-7200

Attorneys for the United States

FILED
AUG 28 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Paul Eddie Gilbert<br>Defendant. | CRIMINAL NO. 08-MJ-70567 PVT<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on _____, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐ Indictment   ☐ Information   ☐ Criminal Complaint   ☒ Other Petition VSR

pending in the Southern District of Calif., Case Number 01-CR-2539-L

In that case, the defendant is charged with a violation(s) of Title(s) 18 United States Code, Section(s) 3583(e)(3)

Description of Charges: Viol. SR

Date: 8/28/08

Respectfully Submitted,
JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Assistant U.S. Attorney

1

AO 442

#-800401

# United States District Court

78/71-198

SOUTHERN DISTRICT OF CALIFORNIA

1/26/02

UNITED STATES OF AMERICA

V.

WARRANT FOR ARREST

Paul Eddie Gilbert

CASE NUMBER: 01-CR-2539-L

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Paul Eddie Gilbert_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

RECEIVED

In violation of Title _____See Above_____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr. | Clerk of the Court
Name of Issuing Officer | Title of Issuing Officer
s/ M. Jenkins | 2/14/2007, San Diego, CA
Signature of Deputy | Date and Location

Bail fixed at $ _____No Bail_____ by _____The Honorable M. James Lorenz_____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I 'D' BANEZ

Due 2/16

PROB 12C
(04/06)

February 12, 2007

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2007 FEB 14 PM 12:36

Petition for Warrant or Summons for Offender Under Supervision

BY _____ DEPUTY

**Name of Offender:** Paul Eddie Gilbert (English)   **Dkt No.:** 01-CR-2539-001-L

**Reg. No.:** 78171-198

**Name of Sentencing Judicial Officer:** The Honorable M. James Lorenz, U.S. District Judge

**Date of Sentence:** November 6, 2006

**Original Offense:** 21 U.S.C. §§952 and 960, Importation of Marijuana, a Class D felony

**Sentence:** Time served (25 days custody); 6 months supervised release (*Special Conditions*: *not possess firearms; search; not enter the Republic of Mexico; report all vehicles to the probation officer; participate in a program of mental health treatment; and resolve all outstanding warrants within 60 days*).

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** January 19, 2006

**Asst. U.S. Atty.:** Lena Tsui   **Defense Counsel:** Kasha K. Pollreisz, Federal Def. S. Inc.
(Appointed) (619) 234-8501

**Prior Violation History:** Mr. Gilbert was originally sentenced on November 13, 2001, to 27 months custody, followed by three years supervised release.

On September 15, 2003, a *Petition for Warrant or Summons for Offender Under Supervision* was submitted advising the Court that Mr. Gilbert had tested positive for cocaine, failed to report for drug testing, failed to report for group counseling, and absconded from supervision. Your Honor issued a bench warrant on September 23, 2003.

On November 3, 2003, an *Amended Petition for Warrant or Summons for Offender Under Supervision* was submitted advising the Court that Mr. Gilbert had been charged with assault by means to produce great bodily injury and criminal threats, in Los Angeles Superior Court, docket no. BA253628. Thereafter, on November 22, 2004, after admitting to allegations one through four, and seven, the Court revoked supervision, and imposed 18 months custody to be followed by 18 months supervised release.

PROB 12C
Name of Offender: Paul Eddie Gilbert  February 12, 2007
Docket No.: 01-CR-2539-001-L  Page 2

On July 24, 2006, an *Petition for Warrant or Summons for Offender Under Supervision* was submitted advising the Court that Mr. Gilbert had violated the terms of his supervised release by failing to reside in a residential treatment facility for six months; and failing to report to the probation officer as directed. Thereafter, on November 6, 2006, Mr. Gilbert appeared before Your Honor and admitted to the allegations, and the Court revoked supervision and imposed the sentence as noted above.

## PETITIONING THE COURT

### TO ISSUE A NO-BAIL BENCH WARRANT

The probation officer believes that the offender has violated the following conditions of supervision:

**CONDITIONS**  **ALLEGATIONS OF NONCOMPLIANCE**

(Special Condition)
Participate in a program of drug or alcohol abuse treatment, including drug testing and counseling, as directed by the probation officer. The offender may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay.
(nv21)

1. On November 16 and 29, 2006, Mr. Gilbert submitted urine samples at the U.S. Probation Office, which tested positive for cocaine.

2. On November 22, and 30, 2006, Mr. Gilbert failed to report to Detection and Treatment Resources, Inc. (DTR) for an outpatient drug treatment or mental health intake interview.

*Grounds for Revocation:* The undersigned received and reviewed the report of violation from the U.S. Probation Officer in the Central District of California, as well as the results of controlled substance test from Scientific Testing Laboratories, Inc., and Detection & Treatment Resources, Inc. Notification Reports, which revealed the following: On November 16 and 29, 2006, Mr. Gilbert submitted urine samples which tested positive for cocaine. Additionally, Mr. Gilbert failed to report for a drug aftercare intake appointment on November 22, 2006; and a mental health intake appointment on November 30, 2006.

(Mandatory Condition)
Not commit another federal, state, or local crime.
(nvl)

3. On December 3, 2006, Mr. Gilbert Attempted Burglary of a Motor Vehicle, in violation of Penal Code § 459, as evidenced by Los Angeles Police Department Report No. 061237786.

PROB 12C
Name of Offender: Paul Eddie Gilbert          February 12, 2007
Docket No.: 01-CR-2539-001-L          Page 3

***Grounds for Revocation:*** The undersigned received and reviewed Los Angeles, California, Police Department report number 061237786, which revealed the following: On December 3, 2006, police responded to a call of vandalism, where citizens were holding the suspect. Upon arrival, officers were told that the crime occurred at a different location and took police to 76th and Vermont Streets where they observed a vehicle with the passenger's side window shattered. The victim and witness stated that they observed the offender reaching into the vehicle. Upon contacting him, Mr. Gilbert immediately fled on his bicycle and was followed by the victim and witness. They subsequently detained Mr. Gilbert and contacted police.

Mr. Gilbert was positively identified by the victim and witness. Search of Mr. Gilbert revealed a screwdriver in his left front pants pocket. Mr. Gilbert was subsequently taken into custody and complained of injuries received while being detained by the victim and witness, stating he was kicked repeatedly in the ribs and head, however, he had no injuries to validate the claims. It does not appear that charges were filed in this case.

U.S. Probation Officer Recommendation: If found in violation, that supervised release be revoked.

I declare under penalty of perjury that the
foregoing is true and correct.

Executed on: February 12, 2007

Respectfully submitted:          Reviewed and approved:

by *[signature]*          *[signature]*
Lisa M. Bishop          Robert F. Walford
Sr. U.S. Probation Officer          Supervising U.S. Probation Officer
(619) 557-5709

PROB 12C
Name of Offender: Paul Eddie Gilbert
Docket No: 01-CR-2539-001-L

February 12, 2007
Page 4

## THE COURT ORDERS:

✓ A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS.

_____ Other _____

_____

_____      2/13/07
The Honorable M. James Lorenz              Date
U.S. District Judge

                                                        EOA

I hereby attest and certify on _____
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ Deputy