# UNITED STATES DISTRICT COURT
## Northern District of California
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5363

August 28, 2008

**Clerk of the Court**
**U.S. District Court of the Southern California**
**4290 Edward J. Schwartz US Courthouse**
**880 Front Street,**
**San Diego, CA 92101-8900**

Case Name: **USA-Paul Gilbert**
Case Number: **5-08-70567-PVT  (Your Case#01-CR-2539-L)**
Charges: **18:3583(e)(3)**

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull.  The following action has been taken:

(X)  The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( )  The defendant has a court appearance in your court on:

Enclosed are the following documents:

original Rule 5 affidavit  
original minute orders  
certified copy of *AO 94, Commitment to Another District*  
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _____Cita F. Escolano_____  
Case Systems Administrator

Enclosures  
cc: Financial Office

-----------------------------------------------------------------------------------------------------------------

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____   **CLERK, U.S. DISTRICT COURT**

By _____  
**Deputy Clerk**