**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

Sept 3, 2008

**Clerk of the Court**
**U.S. District Court of the Southern California**
**4290 Edward J. Schwartz US Courthouse**
**880 Front Street,**
**San Diego, CA 92101-8900**

Case Name:     **USA-Paul Gilbert**
Case Number:   **5-08-70567-PVT  (Your Case#01-CR-2539-L)**
Charges:       **18:3583(e)(3)**

Dear Clerk:

     The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull. The following action has been taken:

       (X)    The U.S. Marshal has been ordered to remove this defendant
              to your district forthwith.
       ()     The defendant has a court appearance in your court on:

Enclosed is an additional document:

                      Original Order of Detention

     Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

                                 Sincerely yours,

                                 RICHARD WIEKING, Clerk

                     by: _____
                           Case Systems Administrator

Enclosures
cc: Financial Office
------------------------------------------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____           **CLERK, U.S. DISTRICT COURT**

                                                          **By** _____
                                                                **Deputy Clerk**